(No. 6170— )

BARRY AND KAY, INC., Claimant, *vs.* STATE OF ILLINOIS, ILLINOIS YOUTH COMMISSION, Respondent.

*Opinion filed August 30, 1971.*

ETTELSON, O'HAGAN, EHRLICH AND FRANKEL, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.